5637/Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

BETH REINHARDT,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## **COMPLAINT**

COMES NOW the Plaintiff, BETH REINHARDT, by and through her undersigned attorney and sues the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, and alleges as follows:

1. This action falls within the diversity jurisdiction of this Court as more fully described below and for damages in excess of $75,000. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §1333.

2. Pursuant to a forum selection clause in the subject cruise ticket, this action must be brought in this Court.

3. The Plaintiff, BETH REINHARDT, is an individual and resident of Aurora, Colorado.

4. The Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, is a foreign corporation with its principal place of business in Miami, Florida, and is a common carrier of passengers by water for hire at all material times hereto.

5. At all times material, the Defendant owned, managed, chartered and/or operated the cruise vessel M/V CARNIVAL BREEZE (hereinafter "BREEZE").

6. On or about April 1, 2018, the Plaintiff, in consideration of the payment of a specified sum of money, boarded the "BREEZE" for a vacation cruise.

7. On or about April 1, 2018, the Plaintiff, BETH REINHARDT, injured her right ankle when she slipped and fell on the wet and slippery floor on deck 10, after stepping off the stairs from deck 11 to deck 10, resulting in a distal tibial fracture. The Plaintiff continues to suffer from her injury.

## COUNT I - *Negligence*

The Plaintiff adopts and realleges the allegations in paragraphs 1 through 7 and alleges further that:

8. At all times material hereto, the Defendant owed the duty to the Plaintiff to exercise reasonable care under the circumstances for the Plaintiff's safety.

9. The Defendant breached its duty of care to the Plaintiff and was negligent in creating a hazardous condition, in failing to maintain the subject area of the ship, specifically the floor, in a reasonably safe condition, and by failing to warn the Plaintiff and fellow passengers of the dangerous and hazardous condition of the wet and slippery floor which the Defendant created and/or about which it knew or should have known.

10. At all times material hereto, the Defendant was in direct control of the vessel and the area where the Plaintiff was injured.

11. The Defendant had actual or constructive notice of the dangerous condition but did nothing to prevent the subject incident.

12. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, BETH REINHARDT, demands judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, in an amount in excess of $75,000 to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

January 24, 2018
Miami, Florida

Respectfully submitted,

By:  *S/Michael C. Black*

**Michael C. Black, Esquire**
F.B.N. 0056162
mblack@marlaw.com
**Stefanie A. Black, Esquire**
F.B.N. 111903
sblack@marlaw.com
**MICHAEL C. BLACK, P.A.**
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Telephone: (305) 271-8301
Facsimile:  (305) 271-8302
*Counsel for Plaintiff*